**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 16, 2023

Mr. Sheng Tao Li
New Civil Liberties Alliance
1225 19th Street, N.W., Suite 450
Washington, DC 20036

Re:  Case No. 23-1736, *Mackinac Center for Public Policy, et al v. Miguel Cardona, et al*
     Originating Case No. : 1:23-cv-11906

Dear Counsel,

   This appeal has been docketed as case number **23-1736** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **August 30, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:

   Appearance of Counsel
   Civil Appeal Statement of Parties & Issues
   Disclosure of Corporate Affiliations
   Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc:  Mr. Stephen Antonie Delie
      Mr. Patrick James Wright

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-1736**

MACKINAC CENTER FOR PUBLIC POLICY; CATO INSTITUTE

      Plaintiffs - Appellants

v.

MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;; RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity; U.S. DEPARTMENT OF EDUCATION

      Defendants - Appellees