UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-1736**   Case Manager: **Leon T. Korotko**

Case Name: **Sheng Li**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
 Case Name: **Mackinac Center v. Cardona**   Citation: **23-1736**
 Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **Miguel Cardona, Secretary of Education**
> **Richard Cordray, Chief Operation Officer, Federal Student Aid**
> **U.S. Department of Education**
>
> **Whether public-service employers have standing to challenge agency action that undermines competitive benefits provided to public-service employers under the Public Service Loan Forgiveness program.**
>
> **Whether the Department of Education has statutory authority to implement the "One-Time Account Adjustment," which counts periods of forbearance during which no payments were made as qualified monthly payments under the Public Service Loan Forgiveness and Income-Driven Repayment programs.**
>
> **Whether cancellation of student-loan debt under the "One-Time Account Adjustment" violates the Appropriations Clause of the Constitution**
>
> **Whether the "One-Time Account Adjustment" was implemented without following mandatory procedures under the Administrative Procedure Act**
>
> **Whether the "One-Time Account Adjustment" is arbitrary and capricious under the Administrative Procedure Act**

This is to certify that a copy of this statement was served on opposing counsel of record this **23** day of **August**, **2023**.

**Sheng Li**
Name of Counsel for Appellant