UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-1736**

Case Title: **Mackinac Center for Public Policy, et al** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**Miguel Cardona, Secretary, U.S. Department of Education; Richard Cordray, Chief Operating Officer of Federal Student Aid, U.S. Department of Education; U.S. Department of Education**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michael S. Raab**        Signature: s/ **Michael S. Raab**

Firm Name: **U.S. Department of Justice**

Business Address: **950 Pennsylvania Avenue NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-514-4053**

Email Address: **michael.raab@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---