IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY, *et al.*,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>MIGUEL CARDONA, Secretary of Education, *et al.*<br><br>Defendants-Appellees. | No. 23-1736 |

**UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Fed. R. App. P. 26 & 27, and Circuit Rule 26, defendants-appellees respectfully move for a 21-day extension of time, to and including November 30, 2023, within which to file their response brief. The reasons for this motion are as follows:

1. This case involves arises out of efforts by the Department of Education to address past issues in the administration of student loan forgiveness programs. The Department announced a one-time account adjustment that would provide qualifying borrowers with credit toward student loan forgiveness for certain periods of prior forbearance. Plaintiffs,

two non-profit organizations, brought suit, claiming that the Department's action violated the Appropriations Clause and the Administrative Procedure Act. The district court *sua sponte* dismissed the complaint for lack of jurisdiction.

2. Plaintiffs filed their opening brief on October 10, 2023. The government's response brief is currently due by November 9, 2023.

3. The requested extension is necessary to ensure adequate time for counsel to consult within the federal government and to prepare and file the government's brief. Because the district court dismissed the complaint *sua sponte*, the government has not previously addressed the plaintiffs' standing to bring suit. The attorney with primary responsibility for this matter is Thomas Pulham, of the U.S. Department of Justice, Civil Division, Appellate Staff. Mr. Pulham has recently been occupied with other appellate matters, including review responsibility for *Holman v. Vilsack*, No. 23-5493 (6th Cir.) (response brief due October 26, on extension), and primary responsibility for *Connell v. Central Intelligence Agency*, No. 23-5118 (D.C. Cir.) (response brief due November 13), and *Phillips v. U.S. Customs and Border Protection*, No. 21-55678 (9th Cir.) (response to petition for rehearing due November 14). Mr. Pulham will also be on leave from October 26 through

October 31.  Michael Raab, the attorney with review responsibility over this case, is also responsible for several other appellate matters, including *Gillespie v. Peraton, Inc.*, No. 23-55089 (9th Cir.) (amicus brief filed October 13); *DeWilde v. Attorney General of the United States*, No. 23-8054 (10th Cir.) (response brief due November 6).

4.  Undersigned counsel consulted with counsel for plaintiffs, who stated that plaintiffs consent to this request.

## CONCLUSION

For the forgoing reasons, the government's motion for a 21-day extension should be granted, and the deadline for the response brief should be extended under November 30, 2023.

Respectfully submitted,

MICHAEL S. RAAB

/s/ Thomas Pulham
THOMAS PULHAM
(202) 514-4332
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW, Room 7323
   Washington, D.C.  20530

OCTOBER 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 386 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 2013 in a proportionally spaced typeface, 14-point CenturyExpd BT font.

                                                        s/ Thomas Pulham
                                                        Thomas Pulham

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ Thomas Pulham
Thomas Pulham
