IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, *et al.,* <br><br> Defendants-Appellees. | CASE NO: 23-1736 |

## CONSENT MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. App. P. 26 & 27, and Circuit Rule 26, Plaintiffs-Appellants respectfully request a 21-day extension of time, to and including January 11, 2024, within which to file their reply brief in this case. Defendants-Appellees filed their responsive brief on November 30, 2023, after obtaining an extension with Plaintiffs-Appellants' consent. Plaintiffs-Appellants' reply brief is currently due on December 21, 2023.

The consented-to extension of the due date for Defendants-Appellees' responsive brief resulted in Plaintiffs-Appellants' reply brief being due in the middle of pre-planned, Christmas-related vacations by Plaintiffs-Appellants' counsel with

responsibility for this matter. The requested extension is necessary to ensure adequate time for counsel to prepare and file the reply brief.

Undersigned counsel consulted with counsel for Defendants-Appellees, who stated that Defendants-Appellees consent to this request. The requested extension would put the due date of Plaintiffs-Appellants' reply brief on January 11, 2024.

Respectfully Submitted,

*/s/ Sheng Li*
Sheng Li
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
sheng.li@ncla.legal

*Counsel for* Plaintiffs-Appellants

December 5, 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 145 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 2016 in a proportionally spaced typeface, 14-point Garamond font.

*/s/ Sheng Li*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Sheng Li*