## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 06, 2023

Mr. Sheng Tao Li
New Civil Liberties Alliance
1225 19th Street, N.W., Suite 450
Washington, DC 20036

Mr. Thomas Pulham
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 7513
Washington, DC 20530

Re:  Case No. 23-1736, *Mackinac Center for Public Policy, et al v. Miguel Cardona, et al*
     Originating Case No. : 1:23-cv-11906

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **January 11, 2024**.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc:  Mr. Michael S. Raab