No. 23-1736

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jul 23, 2024
KELLY L. STEPHENS, Clerk

MACKINAC CENTER FOR PUBLIC POLICY;
CATO INSTITUTE,

    Plaintiffs-Appellants,

v.

MIGUEL CARDONA, SECRETARY, U.S. DEPARTMENT OF EDUCATION, IN HIS OFFICIAL CAPACITY; RICHARD CORDRAY, CHIEF OPERATING OFFICER OF FEDERAL STUDENT AID, U.S. DEPARTMENT OF EDUCATION, IN HIS OFFICIAL CAPACITY; U.S. DEPARTMENT OF EDUCATION,

    Defendants-Appellees.

O R D E R

**BEFORE:** SILER, COLE, and MATHIS, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court.[*] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

---

[*]Judge Davis recused herself from participation in this ruling.