**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 23, 2024

Mr. Sheng Tao Li
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

    Re: Case No. 23-1736, *Mackinac Ctr for Public Policy, et al v. Miguel Cardona, et al*
        Originating Case No.: 1:23-cv-11906

Dear Mr. Li,

The Court issued the enclosed Order today in this case.

    Sincerely yours,

    s/Beverly L. Harris
    En Banc Coordinator
    Direct Dial No. 513-564-7077

cc: Mr. R.T. Winston Berkman-Breen
    Mr. Seth E. Mermin
    Mr. David Sidney Shaffer Nahmias
    Mr. Thomas Pulham
    Mr. Michael S. Raab
    Ms. Persis S. Yu

Enclosure