# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 31, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

Re: Case No. 23-1736, *Mackinac Ctr for Public Policy, et al v. Miguel Cardona, et al*
Originating Case No. 1:23-cv-11906

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Antoinette Macon, Case Manager

cc: Mr. R.T. Winston Berkman-Breen
    Mr. Sheng Tao Li
    Mr. Seth E. Mermin
    Mr. David Sidney Shaffer Nahmias
    Mr. Thomas Pulham
    Mr. Michael S. Raab
    Ms. Persis S. Yu

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1736

_____

Filed: July 31, 2024

MACKINAC CENTER FOR PUBLIC POLICY; CATO INSTITUTE

      Plaintiffs - Appellants

v.

MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;; RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity; U.S. DEPARTMENT OF EDUCATION

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/17/2024 the mandate for this case hereby issues today.

COSTS: None